DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARK A. DOAN,**
Appellant,

v.

**STATE OF FLORIDA, DEPARTMENT OF BUSINESS AND
PROFESSIONAL REGULATION,**
Appellee.

No. 4D17-2009

[March 1, 2018]

Appeal from the State of Florida, Construction Industry Licensing Board; Christopher M. Cobb, Chair; L.T. Case No. 2016-033843.

Mark A. Doan, Lake Worth, pro se.

Ian Brown and Charles T. "Chip" Colette, Tallahassee, for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, MAY and DAMOORGIAN, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***